IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TORRI CROWDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 326-032 |
| | ) | |
| CORECIVIC, INC., and JOHN / JANE | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Plaintiff's counsel has not made an appearance after removal despite notice from the Clerk of Court on May 27, 2026, of the requirement to do so by the deadline of ten days after issuance of the notice.  (See doc. no. 2.)  By no later than Monday, June 22, 2026, Plaintiff's counsel shall file a notice of appearance or a notice identifying any substitute counsel.  The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's counsel by email and U.S. Mail.

SO ORDERED this 12th day of June, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA