**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

| | | |
|---|---|---|
| TORRI CROWDER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 326-032 |
| | * | |
| CORECIVIC, INC., and JOHN/JANE DOES 1-10, | * | |
| | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff Torri Crowder's unopposed motion to remand this case to the Superior Court of Wheeler County. Following removal to this Court based upon federal question jurisdiction, Plaintiff filed an Amended Complaint that withdraws his federal claim. Accordingly, he seeks remand of the remaining state law claims; Defendant CoreCivic, Inc. does not oppose remand.

The Eleventh Circuit Court of Appeals has encouraged district courts to remand any remaining state claims once federal claims have been dismissed prior to trial. See, e.g., Silas v. Sheriff of Broward Cnty., 55 F.4th 863, 864 (11th Cir. 2022). Accordingly, and in consideration of the parties' consent to remand, Plaintiff's motion to remand (doc. no. 20) is **GRANTED**. The Clerk is directed

to **TERMINATE** all pending motions and deadlines, **REMAND** the case to the Superior Court of Wheeler County, and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia this 21st day of October, 2026.

UNITED STATES DISTRICT JUDGE